**Elaine WILLIAMS, Appellant,**

v.

**CITY OF KNOB NOSTER,
Missouri, Respondent.**

**No. WD 37868.**

Missouri Court of Appeals,
Western District.

Oct. 14, 1986.

Charles B. Fitzgerald, Fitzgerald, Fitzgerald & Carter, Warrensburg, for appellant.

J. Kirk Rahm, Warrensburg, for respondent.

Before TURNAGE, P.J., and SHANGLER and KENNEDY, JJ.

ORDER

PER CURIAM:

Appeal from a judgment of dismissal of a petition to enjoin the enforcement of an ordinance which imposes a higher rate for patrons of the municipal water company who reside outside the municipal boundary than for its residents.

Judgment affirmed. Rule 84.16(b).